Hello, My name is Kashnux Young. I am
requesting a credit report letter.
My current address is 1524 60th ave Phila PA
19126. My case numbers are 2212362,
2312291,

x Kashnux Young



FILED

SEP 20 2024

U.S. BANKRUPTCY COURT